FILED
MAY 25 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  3:05CR130-T |
| | ) | [18 USC 2252A(a)(5); |
| CHARLES THOMAS GADDY | ) | 18 USC 2252A(a)(2)(A)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges that:

## COUNT 1

That on or about June 13, 2001, in Russell County, Alabama, within the Middle District of Alabama,

CHARLES THOMAS GADDY,

defendant herein, did knowingly possess and attempt to possess books, magazines, periodicals, video tapes, computer disks and other material that contained images of child pornography that had been mailed, shipped and transported in interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(5).

## COUNT 2

That on or about June 13, 2001, in Russell County, Alabama, within the Middle District of Alabama,

CHARLES THOMAS GADDY,

defendant herein, did knowingly receive and distribute child pornography that had been shipped and transported in interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## FORFEITURE ALLEGATION COUNTS 1 AND 2

A. Counts 1 and 2 of this indictment are repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 2252A(a)(5), as alleged in Count 1 of this indictment, or upon conviction of Title 18, United States Code, Section 2252A(a)(2)(A), as alleged in Count 2 of this indictment, the defendant Charles Thomas Gaddy, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

Any property real and personal, used and intended to be used to commit and to promote the commission of such offenses.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred and sold to, and deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided

without difficulty; the court shall order the forfeiture of any other property of the defendant up to the value of any property described in paragraph B above.

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
Foreperson

_Leura G. Canary_
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_Tommie Brown Hardwick_
Tommie Brown Hardwick
Assistant United States Attorney

_John T. Harmon_
John T. Harmon
Assistant United States Attorney