# COURTROOM DEPUTY'S MINUTES
# MIDDLE DISTRICT OF ALABAMA

☑ **INITIAL APPEARANCE**  DATE: 6/8/2005
☐ BOND HEARING
☐ DETENTION HEARING    Digital Recording 4:23 to 4:45 pm
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NO.: 3:05CR130-T              DEFT. NAME: Charles Thomas GADDY
AUSA: Miner                        DEFT. ATTY: Butler   IA Only
                                   Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
PTSO: Thweatt
USPO: _____

Defendant ____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO ____ YES  Name: _____

☑ Date of Arrest 6-8-05 ___ or ☐ Arrest Rule 40
☑ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☑ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
    ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☑ Release order entered. Deft advised of conditions of release
☑ BOND EXECUTED (M/D AL charges) $25,000. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☐ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
    DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed