IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 3:05-CR-130-T |
| | ) | |
| CHARLES THOMAS GADDY | ) | |
| | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a special arraignment of the defendant be and is hereby set for **June 15, 2005, at 10:00 a.m.**, in courtroom 4A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the Defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 10th day of June, 2005.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE