IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____ EASTERN _____ DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:05cr130-T |
| | ) | |
| CHARLES THOMAS GADDY | ) | |
| | ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Charles Thomas Gaddy_ , defendant in the above styled case, do hereby waive my

rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I certify to the court that

I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and

complete explanation of my rights given to me by my attorney and,

    WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE
MY RIGHTS TO A SPEEDY TRIAL.


_____June 15, 2005_____          _____
DATE                                                                    DEFENDANT


_____June 15, 2005_____          _____
DATE                                                                    ATTORNEY FOR DEFENDANT