# COURTROOM DEPUTY'S MINUTES
## MIDDLE DISTRICT OF ALABAMA

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ PRELIMINARY (EXAMINATION) (HEARING)
- ☐ REMOVAL HEARING (R.40)
- ☑ ARRAIGNMENT

DATE: 6-15-2005

Digital Recording 10:02 to 10:10 am

PRESIDING MAG. JUDGE: DRB
DEPUTY CLERK: sql
CASE NO.: 3:05cr130-T
DEFT. NAME: Charles Thomas GADDY
AUSA: Hardwick
DEFT. ATTY: Edward F. Berry
Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO

PTSO: _____
USPO: _____

Defendant ____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO ____ YES  Name: _____

---

- ☐ Date of Arrest _____ or ☐ Arrest Rule 40
- ☐ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
- ☐ Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☐ Requests appointed Counsel
- ☐ Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ ORDER appointing Community Defender Organization
- ☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion; ☐ Government's WRITTEN motion for Detention Hearing filed
- ☐ Detention Hearing ☐ held; ☐ set for _____ at _____
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ ORDER OF DETENTION PENDING TRIAL entered
- ☐ Release order entered. Deft advised of conditions of release
- ☐ BOND EXECUTED (M/D AL charges) $ _____. Deft released
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Bond not executed. Deft to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☑ ARRAIGNMENT ☑ HELD. Plea of NOT GUILTY entered. ☐ Set for _____
  DISCOVERY DISCLOSURE DATE: 6-15-05
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ Identity/Removal Hearing set for _____
- ☐ Waiver of Speedy Trial Act Rights executed