Retained

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 3:05CR130 (T)** |
| | : | |
| vs. | : | |
| | : | |
| **CHARLES THOMAS GADDY, JR.,** | : | |
| | : | |
| DEFENDANT. | : | |

## ENTRY OF APPEARANCE

COMES NOW **Edward F. Berry** and enters his name as attorney of record for Defendant, **Charles T. Gaddy, Jr.** The Clerk of Court is requested to record the Entry of Appearance as attorney of record.

This 17th day of June, 2005.

                                        BERRY, SHELNUTT, DAY & HOFFMAN
                                        A PROFESSIONAL CORPORATION
                                        Attorneys for Defendant


                                        By: _____/S/_____
                                             Edward F. Berry
                                             Ala. State Bar No.: BER018

1022 Second Avenue
P.O. Box 1437
Columbus, Georgia  31902-1437
(706) 324-4343
Fax (706) 322-9535
efb@berryshelnuttday.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Entry of Appearance* with the Clerk of the Court using the Case Management/Electronic Files System (CM/ECF) which will send notification of such filing to the following: Tommie Brown Hardwick and John T. Harmon, United States Attorney, Middle District of Alabama, One Court Square, Suite 201, P.O. Box 197, Montgomery, Alabama 36101-0197.

This 17th day of June, 2005.

                                                BERRY, SHELNUTT, DAY & HOFFMAN
                                                A PROFESSIONAL CORPORATION
                                                Attorneys for Defendant

                                                By: _____/S/_____
                                                    Edward F. Berry
                                                    Ala. State Bar No.: BER018

Berry, Shelnutt, Day & Hoffman, P.C.
1022 Second Avenue
P.O. Box 1437
Columbus, Georgia  31902-1437
(706) 324-4343
Fax (706) 322-9535
efb@berryshelnuttday.com