Retained

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:05CR130 (T) |
| | : | |
| vs. | : | |
| | : | |
| CHARLES THOMAS GADDY, JR., | : | |
| | : | |
| DEFENDANT. | : | |

UNOPPOSED MOTION TO EXTEND TIME WITHIN
WHICH TO COMPLETE DISCOVERY

COMES NOW, **Charles Thomas Gaddy, Jr.**, Defendant hereby moves this Honorable Court for an extension of time in which to complete discovery and comply with the Order on Arraignment and the Standing Order on Criminal Discovery

This Motion is being made after discussion with the United States Government and it unopposed.

This 21st day of June, 2005.

BERRY, SHELNUTT, DAY & HOFFMAN
A PROFESSIONAL CORPORATION
Attorneys for Defendant

By: _____ /S/ _____
    Edward F. Berry
    Ala. State Bar No.: BER018

1022 Second Avenue
P.O. Box 1437
Columbus, Georgia  31902-1437
(706) 324-4343
Fax (706) 322-9535
efb@berryshelnuttday.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Unoppossed Motion to Extend Time in Which to Complete Discovery* with the Clerk of the Court using the Case Management/Electronic Files System (CM/ECF) which will send notification of such filing to the following:   Tommie Brown Hardwick and John T. Harmon, United States Attorney, Middle District of Alabama, One Court Square, Suite 201, P.O. Box 197, Montgomery, Alabama 36101-0197.

This 21st day of June, 2005.

BERRY, SHELNUTT, DAY & HOFFMAN
A PROFESSIONAL CORPORATION
Attorneys for Defendant


By: _____/S/_____
    Edward F. Berry
    Ala. State Bar No.: BER018

Berry, Shelnutt, Day & Hoffman, P.C.
1022 Second Avenue
P.O. Box 1437
Columbus, Georgia  31902-1437
(706) 324-4343
Fax (706) 322-9535
efb@berryshelnuttday.com