IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:05cr130-T |
| | ) | |
| CHARLES THOMAS GADDY | ) | |

MOTION TO WITHDRAW DETENTION MOTION

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Withdraw the Detention Motion heretofore filed in the above styled cause on June 15, 2005, as to Charles Thomas Gaddy, on the following grounds, to wit: In the interest of justice to allow the parties an opportunity to verify prior state charges brought against the defendant.

Respectfully submitted this the 22nd day of June, 2005.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB 4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:05cr130-T |
| ) | |
| CHARLES THOMAS GADDY ) | |

CERTIFICATE OF SERVICE

_____I hereby certify that on June 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Edward Franklin Berry, Esq.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY


    /s/ Tommie Brown Hardwick
    TOMMIE BROWN HARDWICK
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334) 223-7280
    FAX: (334) 223-7135
    E-mail: tommie.hardwick@usdoj.gov
    ASB 4152 W86T