IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:05cr130-T |
| | ) | |
| CHARLES THOMAS GADDY | ) | |

O R D E R

    Upon consideration of the Motion for Leave to Withdraw the Detention Motion filed on June 15, 2005, as to Charles Thomas Gaddy, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

    DONE this _____ day of June, 2005.


_____
UNITED STATES DISTRICT JUDGE