IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 3:05-CR-130-T |
| | ) | |
| CHARLES THOMAS GADDY | ) | |
| | ) | |

## ORDER ON MOTION

For good cause, it is

**ORDERED** that Defendant's *Unopposed Motion to Extend Time Within Which to Complete Discovery* (Doc. 15, filed June 21, 2005), is **GRANTED**. Accordingly, the discovery deadlines in the Arraignment Order (Doc. 12, filed June 15, 2005), are amended as follows:

**The United States shall tender initial disclosures to the defendant on or before July 22, 2005. Disclosures by the defendant, as required by ¶4 of the Standing Order on Criminal Discovery shall be provided on or before July 29, 2005.**

Done this 23rd day of June, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE