IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                            )
       v.                 )      Case No. 3:05cr130-T
                            )
CHARLES THOMAS GADDY      )

**O R D E R ON MOTIONS**

For good cause, it is

**ORDERED** that the United States' *Motion to Withdraw  Detention Motion* filed on June

22, 2005 (Doc. 16) is  **GRANTED, and pursuant thereto, the Clerk shall terminate**  the United

States' *Motion for Detention Hearing* (Doc. 9, filed June 15, 2005).

DONE this 23rd day of June, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE