Agency No. SL0103454   DC No. 01-1398   CC No. _____   G. J. No. 151F01

A TRUE BILL, presented to the judge Presiding in open Court by the Foreperson of this Grand Jury, and filed in open court this 14th day of Sept, 2001.

_H. Ford_  _Kathy Coulter_   CC-01-583
Grand Jury Foreman   Clerk of the Circuit Court
of Russell County
Twenty-Sixth Judicial Circuit

# INDICTMENT

*THE STATE OF ALABAMA*

*vs.*

*CHARLES T. GADDY JR.*
SID:   JR

*alias*

None Reported

**CHARGES:**   SECTION
1. PRODUCTION OF OBSCENE MATTER

Bail fixed at $ 60,000 this 14 day of Sept, 2001.

_____
Judge Presiding

THE STATE OF ALABAMA   CIRCUIT COURT
RUSSELL COUNTY   2001
     304   1

Prosecutor: J. MAXWELL SMITH

KENNETH DAVIS
DISTRICT ATTORNEY
TWENTY-SIXTH JUDICIAL