Agency No. SL0103454          DC # 01-1398          G. J. No. 151F01

THE STATE OF ALABAMA, RUSSELL COUNTY
CIRCUIT COURT - TWENTY-SIXTH JUDICAL CIRCUIT

COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, CHARLES T. GADDY JR., whose name is otherwise unknown to the Grand Jury, did knowingly film, print, record, photograph or otherwise produce an obscene matter containing a visual reproduction of a person under the age of 17 years engaged in an act of sado-macochistic abuse, sexual intercourse, sexual excitement, masturbation, breast nudity, genital nudity or other sexual conduct, in violation of Section 13A-12-197 of the Code of Alabama 1975, as amended, and against the peace and dignity of the State of Alabama.

KENNETH DAVIS
District Attorney
Twenty-Sixth Judicial Circuit

WITNESSES:

INV. SUSIE BURKES, RCSO, PHENIX CITY, AL  36867
AGENT M. FAULKNER, FEDERAL BUREAU OF INVESTIGATION, MONTGOMERY, AL
DEPUTY TOM FRANKLIN, RUSSELL COUNTY SHERIFFS DEPARTMENT, PHENIX CITY, AL  36867
INV. THOMAS PELL, RCSO, PHENIX CITY, AL
INV. HAROLD SMITH, RCSO, PHENIX CITY, AL  36867
LT. HEATH TAYLOR, RUSSELL COUNTY SHERIFF'S DEPT., PHENIX CITY, AL
DEPUTY M. WILLIAMSON, RCSO, PHENIX CITY, AL  36867