FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MAY 2 5 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __3:05CR130-T__ |
| | ) | [18 USC 2252A(a)(5); |
| CHARLES THOMAS GADDY | ) | 18 USC 2252A(a)(2)(A)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges that:

## COUNT 1

That on or about June 13, 2001, in Russell County, Alabama, within the Middle District

of Alabama,

### CHARLES THOMAS GADDY,

defendant herein, did knowingly possess and attempt to possess books, magazines, periodicals,

video tapes, computer disks and other material that contained images of child pornography that

had been mailed, shipped and transported in interstate or foreign commerce by any means,

including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(5).

## COUNT 2

That on or about June 13, 2001, in Russell County, Alabama, within the Middle District

of Alabama,

### CHARLES THOMAS GADDY,

defendant herein, did knowingly receive and distribute child pornography that had been shipped

and transported in interstate and foreign commerce by any means, including by computer, in

violation of Title 18, United States Code, Section 2252A(a)(2)(A).

SCANNED