## FORFEITURE ALLEGATION COUNTS 1 AND 2

A. Counts 1 and 2 of this indictment are repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 2252A(a)(5), as alleged in Count 1 of this indictment, or upon conviction of Title 18, United States Code, Section 2252A(a)(2)(A), as alleged in Count 2 of this indictment, the defendant Charles Thomas Gaddy, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

Any property real and personal, used and intended to be used to commit and to promote the commission of such offenses.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred and sold to, and deposited with a third person;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty; the court shall order the forfeiture of any other property of the defendant up to the value of any property described in paragraph B above.

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
Foreperson

2