_[signature]_
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_[signature]_
Tommie Brown Hardwick
Assistant United States Attorney

_[signature]_
John T. Harmon
Assistant United States Attorney

3