IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 3:05-CR-130-T |
| | ) | |
| CHARLES THOMAS GADDY | ) | |
| | ) | |

## ORDER

Defendant's *Request for the Government to Exercise Prosecutorial Authority to Invoke the Petite Policy*, (Doc. 19, filed June 23, 2005) has been docketed as a motion. At the arraignment the parties agreed upon setting of the pretrial conference and the trial on dates designed to provide the United States a reasonable opportunity to investigate the applicability of the Petite policy. Consistent with the Court's instructions at arraignment, it is

**ORDERED** that the United States shall file a response to the Defendant's motion on or before the scheduled pretrial conference on August 8, 2005.

Done this 27th day of June, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE